IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

ROBERT BRIAN HIAASEN

          Plaintiff,

          v.

STATE OF OREGON, LELAND BEAMER,
JOHN BATTLE, and BENJAMIN SMITH,

          Defendants.

Case No. 3:24-cv-00472-CL

ORDER

CLARKE, Magistrate Judge

    Plaintiff Robert Hiaasen brings this cause of action against the State of Oregon and others for civil rights violations and negligence. Plaintiff now moves to voluntarily dismiss his case. The defendants have stipulated to dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The requirements of the rule have been met. Therefore Plaintiff's motion (#43) is GRANTED. This case is dismissed without prejudice.

    It is so ORDERED and DATED this __24__ day of March, 2025.

                                      MARK D. CLARKE
                                      United States Magistrate Judge